# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL EUGENE BUTLER, | No. ED CV 06-522-JVS (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| L.E. SCRIBNER, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:  October 10, 2008

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE